IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:13cr141-MHT |
| | ) | (WO) |
| NAKIA JACKSON | ) | |

ORDER

Upon consideration of defendant Nakia Jackson's motion requesting sentence credit for time spent in jail pending trial (doc. no. 73), the court concludes that he would benefit from counsel to represent him in this matter, in light of the possibility that he may be entitled to credit under Willis v. United States, 438 F.2d 923 (5th Cir. 1971), as implemented by the Bureau of Prisons in Program Statement 5880.28 at 1-22.

It is therefore ORDERED that the clerk of the court is to arrange for (1) the appointment of counsel for defendant Nakia Jackson and (2), after the appointment, an on-the-record conference call to discuss how to proceed on defendant Jackson's motion for sentence credit for time spent in jail pending trial.

DONE, this the 8th day of April, 2016.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE