IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:13cr141-MHT** |
| | ) | **(WO)** |
| **NAKIA JACKSON** | ) | |

**ORDER**

Based on the representations made on the record during a telephone conference held on April 12, 2016, it is ORDERED that, by no later than April 27, 2016, defendant Nakia Jackson is to file a statement regarding how the court should proceed on his motion for sentence credit (doc. no. 73) and that, by no later than May 4, 2016, the government is to file a response.

It is further ORDERED that another on-the-record conference to discuss this motion is set for May 10, 2016, at 10:00 a.m. The clerk of the court is to arrange for the conference to be conducted by telephone.

DONE, this the 13th day of April, 2016.

                                           /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**