IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )     CRIMINAL ACTION NO.
        v.                   )       2:13cr141-MHT
                             )            (WO)
NAKIA JACKSON                )
```

ORDER AND RECOMMENDATION

The court has received a request (doc. no. 87) from

the Federal Bureau of Prisons' Designation and Sentence

Computation Center for the court's recommendation as to

whether defendant Nakia Jackson should serve his

federal sentence in this case concurrently or

consecutively with his after-imposed state sentences.

It is the unanimous view of this court, the government,

and Jackson's defense counsel that the federal sentence

should run concurrent.*     See Notice of Joint

_____

    *   Jackson received a total sentence of 87 months,
consisting of 63 months for conspiracy to defraud the
government in violation of 18 U.S.C. § 286, and 24
months for aggravated identity theft.   18 U.S.C.
§ 1028A mandates that this latter sentence be served
consecutively to "any other term of imprisonment
imposed on the person under any other provision of
law." As the request itself notes, nothing in the
(continued...)

Recommendation (doc. no. 89).  This also accords with the views of the state-court sentencing judges, who both intended--according to records submitted to this court by Jackson--for the sentences they imposed to run concurrent with the federal sentence imposed in this case.

Accordingly, it is ORDERED that the request from the Federal Bureau of Prisons' Designation and Sentence Computation Center for the court's recommendation (doc. no. 87) is granted; and it is the RECOMMENDATION of this court that defendant Nakia Jackson should serve his federal sentence in this case concurrently with his after-imposed state sentences.

The clerk of court is therefore DIRECTED to furnish a copy of this order, as well as a copy of the parties'

---

court's decision today disturbs the integrity of this consecutive sentence.  Even if § 1028A would prohibit the imposition of a federal sentence for aggravated identity theft to run concurrent with an after-imposed state sentence, this court's recommendation, if followed, would merely result in Jackson serving his 63-month federal sentence for fraud concurrent with his year-long state sentences.

notice of joint recommendation (doc. no. 89), to the Chief of the Federal Bureau of Prisons' Designation and Sentence Computation Center, at the address indicated on his request.

DONE, this the 11th day of May, 2016.

＿ /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE