IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:13cr141-MHT |
| | ) | (WO) |
| NAKIA JACKSON | ) | |

## ORDER

With the consent of the parties, as expressed during a telephone conference held on the record on May 10, 2016, and in light of this court's recommendation, entered today, that defendant Nakia Jackson's federal sentence should run concurrently with his after-imposed state sentences, and with the understanding that this recommendation will likely result in a decision by the Federal Bureau of Prisons to award Jackson the relief he requested in his motion requesting prior jail credit, it is ORDERED that the motion requesting prior jail credit (doc. no. 73) is denied without prejudice as moot.

DONE, this the 11th day of May, 2016.

                                     _ /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE